FILED
CLERK, U.S. DISTRICT COURT

NOV - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,               ) | Case No.: 08-2736M |
|                        Plaintiff,       ) | ORDER OF DETENTION |
|                                         ) | |
|                vs.                      ) | [Fed. R. Crim. P. 32.1(a)(6); |
|                                         ) | 18 U.S.C. § 3143(a)] |
| REBECKA ARVISO                          ) | |
|                        Defendant.       ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern Dist. of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _no information presented regarding bail resources, and_

1 the information contained in the petition for arrest
2 warrant + the pretrial services Report
3
4 (and)/or
5 B. (✓) The defendant has not met his/her burden of establishing by
6 clear and convincing evidence that he/she is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 on: defendant's substantial criminal history, and
10 the information contained in the petition for arrest
11 warrant + the pretrial services Report.
12
13
14 IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.
16
17 Dated: November 4, 2008
18
19
20 JENNIFER T. LUM
UNITES STATES MAGISTRATE JUDGE

2